**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PENG WANG,<br><br>        Plaintiff,<br><br>COLOMA RIVER CAPITAL, *et al.*<br><br>        Defendants. | Case No.: 19-cv-01368-CKK |

**STIPULATION OF DISMISSAL**

The parties have reached a settlement in this case and executed a Settlement Agreement.

Therefore, the parties agree that the case should be dismissed <u>with</u> <u>prejudice</u>.

Dated: June 8, 2020

Respectfully Submitted,

/s/Neil S. Hyman_____        _____/s Jordan Nye_____
Neil S. Hyman, Esquire        Jordan Z Nye, Attorney
DC Bar No. 465047        ACKERMAN PLLC
Law Office of Neil S. Hyman, LLC        1010 Wisconsin Avenue NW Suite 208
4520 East West Highway, Suite 700        Washington, DC 20007
Bethesda, Maryland 20814        202.975.8302 Direct
301-841-7105 (p)        202.355.6489 E-Facsimile
neil@neilhymanlaw.com        jordan.nye@ackermanlegalservices.com
*Counsel for Plaintiff*        *Counsel for Defendants*